IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRESTON ALONZO HOWELL,

        Petitioner,               No. CIV S-02-1376 GEB JFM P

   vs.

A.A. LAMARQUE,

        Respondent.        ORDER

_____/

        Petitioner has filed a third motion for appointment of counsel.  His prior two motions were denied.  (See Orders filed February 17, 2006 and August 14, 2003.)  Since the denial of the first two motions, petitioner's application for writ of habeas corpus has been denied. (See March 13, 2006 Order.)  Thus, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's March 24, 2006 motion for appointment of counsel is denied.

DATED: April 7, 2006.

UNITED STATES MAGISTRATE JUDGE