IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRESTON ALONZO HOWELL,

    Petitioner,                    2:02-cv-1376-GEB-JFM-P

   vs.

A.A. LAMARQUE,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 13, 2006 denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

       For the reasons set forth in the magistrate judge's January 17, 2006 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability should not issue in this action.

       IT IS SO ORDERED.

Dated: May 1, 2006

```
                          /s/ Garland E. Burrell, Jr.
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```